ted an act of sexual abuse and placing him on the Department's disqualification registry. Anyanike raises a single point on appeal. He argues that the Department erred in finding that he committed an act of sexual abuse in light of contrary evidence. We affirm. Rule 84.16(b).

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**William OWENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103965**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: October 25, 2016

Gwenda Renee Robinson, District Defender, Office B/Area 68, St. Louis, MO, for appellant.

Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

William Owens ("Movant") appeals from the denial, without an evidentiary hearing, of his Rule 24.035 post-conviction relief motion. We affirm.

■

**Amir Hossain TAJKARIMI, as Trustee of the Amir Hossain Tajkarimi Living Trust, Appellant,**

v.

**BAKER POOL & SPA, INC., Respondent.**

**No. ED 103942**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 25, 2016

Michael J. Payne, Clayton, MO, for Appellant.

Beth C. Boggs, St. Louis, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

PER CURIAM.

Amir Tajkarimi appeals from the judgment dismissing his petition for breach of